PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Donald E. Brown, Jr.  **Docket Number:** 08-00557-001
 **PACTS Number:** 44690

**Name of Sentencing Judicial Officer:** Honorable James F. McClure, Jr., U.S.D.J. - Middle District of Pennsylvania

**Date of Original Sentence:** 01/25/2007

**Original Offense:** CONSPIRACY TO POSSESS WITH INTENT TO DISTRIBUTE HEROIN

**Original Sentence:** 33 months imprisonment; 3 years supervised release; $250 fine; $100 special assessment. Special conditions: drug urinalysis/treatment, financial disclosure, no new debt, and DNA collection.

**Type of Supervision:** Supervised Release   **Date Supervision Commenced:** 05/23/08

**Assistant U.S. Attorney:** To Be Assigned

**Defense Attorney:** To Be Assigned

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On July 28, 2008, Brown was arrested by the Newark, New Jersey Police Department and charged with count one, possession of a controlled dangerous substance; count two, manufacture/ distribute/ dispense a controlled dangerous substance; count three, possession of a controlled dangerous substance with intent to distribute in a school zone; and count four, possession of a controlled dangerous substance with intent to distribute within 500 feet of public housing. He was released on bail and the case is pending disposition within New Jersey Superior Court, Essex County. |

PROB 12C - Page 2
Donald Earl Brown, Jr

2      The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

         On September 16, 2008, Brown and a co-defendant, Abdul Jones, both convicted felons, were arrested by the Orange, New Jersey Police Department and charged with receiving stolen property, a felony offense. Once again, the offender was released on bail and the case is also pending disposition within New Jersey Superior Court, Essex County.

3      The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**'

         On September 16, 2008, Brown associated and was arrested with Abdul Jones, a convicted felon. Such association was never permitted by the Probation Office.

4      The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

         The offender failed to notify the undersigned Probation Officer about the arrest detailed in Violation #2 within the allotted time period.

5      The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

         Brown failed to submit a monthly written report for June 2008, July 2008, and August 2008 within the allotted time period.

I declare under penalty of perjury that the foregoing is true and correct.

By: Joseph Empirio
U.S. Probation Officer

Date: 9/25/08

---

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

Dennis M. Cavanaugh
U.S. District Judge    10/1/08
Date